IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STACEY QUINN                                                                                              PLAINTIFF

V.                                    NO.  3:06cv00218 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 24th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE